THE FIERST LAW GROUP, P.C.
Timothy J. Fierst (tf:3247)
*Counsel for Plaintiff SV Produce Inc.*
22 Bayview Avenue, Suite 202
Manhasset, New York 11030
516.586.4221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SV PRODUCE INC.,

                     Plaintiff,

     -against-

EMPORIUM FRESH MARKET INC. and
MANUEL PENA, Individually and in any Corporate
Capacity.
                     Defendants.
------------------------------------------------------------------ X

Index No. 1:19-CV-8049 (PAE)

**ORDER PURSUANT TO
FED.R.CIV.P. 62(a)**

Upon consideration of Plaintiff's motion for an order pursuant to Fed.R.Civ.P. 62(a) vacating the stay against executing and enforcing the Judgment entered herein on January 27, 2020, the Declaration of Timothy J. Fierst, Esq., dated February 3, 2020 and the exhibits annexed thereto, the Judgment entered herein on January 27, 2020, it is hereby

**ORDERED,** that Plaintiff's motion is hereby granted, and it is further

**ORDERED, ADJDGED AND DECREED,** that the stay against executing the Judgment entered in this action pursuant to Fed.R.Civ.P 62(a) is hereby vacated, the Plaintiff may immediately execute upon the Judgment dated January 27, 2020 and the Clerk of the Court

1

is hereby directed to issue an Abstract of Judgment upon Plaintiff's submission of the appropriate request therefor.

    **ENTERED,** this <u>5th</u> day of <u>February</u>, 2020

*Paul A. Engelmayer*<br>
PAUL A. ENGELMAYER<br>
United States District Judge